IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

CIVIL DIVISION

**CAESAR WHITE, JR.**

**Plaintiff**

Vs.                                        Civil Action No. 19-CV-116-TFM-B

**MEGAN J. BRENNAN**

**Postmaster General**

**United States Postal Service**

**Southern Area Agency, ect. All**

**Defendant**

## COMPLAINT

1. The Plaintiff was issued a Agency Final Decision of December 11, 2018, which he received December 17, 2019, relating to a final order issued by an EEOC Administrative Judge from the Birmingham, Al, District Office, which the Plaintiff attempted to obtain legal counsel, and was unable to do so, and was only left with the option to file in federal court.

2. Plaintiff's Name; Caesar White, Jr., and address: P.O. Box 17221, Pensacola, Fl, 32522

3. Defendant(S) For the Agency: Attorney Jason Hardy; Address: P. O. Box 6634, Clearwater, FL, 33758; and USPS Managing Counsel/Edith Rosen; Address: 2203 Lois Avenue, 10 Floor, Tampa, FL, 33607

4. On or about August 2016 and the proceeding months, I was written up numerous times unjustly, subjected almost daily to a hostile work environment, targeted for adverse

working conditions by use of younger workers, and subjected to unfair removal from work, which I feel violates the following:

A. Under Title VII of the Civil Rights Act of 1964, for Age Discrimination "ADEA"!

B. Under 42 U.S.C. $ 2000e-3(a) for retaliation or harassment discrimination

5.  On or about August of 2016, I filed an OSHA complaint relating to working conditions that I felt violated the OSHA Act of 1970, which I later filed an EEO complaint for retaliation as well. Now, when the matter was brought before the eeoc in October of 2017, it was amended to include age discrimination. During this time frame, I was a member of a protected group of person(s) between the ages of 40 and 70; I was subjected to numerous write ups, which were overturned; younger workers were use to do my work for me, when others were allowed to do their own work; and I was quailed to perform my own work load as all other employees were allowed to do. In addition, these activities are protected under Title VII; I continue to be subjected to adverse employment actions until this date; and the primary defendant has made it known……even on the work room floor……that because of my complaints, he will do whatever he can to have me removed from work!!!

6.

A. I am requesting that this matter be presented to a jury.

B. I seek injunctive relief from the continual hostile, threatening, and harassing environment that I have unjustly endured for years.

C. I seek in punitive reliefs as deemed by a jury, or any reasonable compensation.

_Caesar White, Jr_

(Signature and date), pro se

P.O. Box 17221, Pensacola, FL 32522

(Address)

(850) 291-3346

(Phone Number)

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing __Complaint__

Was mailed/delivered to __Jason Hardy__ at __P.O. Box 6634, Clearwater, FL 33758__

On __March 12__, 20__19__.

_Caesar White, Jr_

(Signature and date), pro se

P.O. Box 17221, Pensacola, FL 32522

(Address)

(850) 291-3346

(Phone Number)