# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CAESAR WHITE, JR.,** | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:19-cv-116-TFM-B |
| **LOUIS DEJOY, Postmaster General,** United States Postal Service, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On February 8, 2021, the Magistrate Judge entered a report and recommendation which recommends Plaintiff's Motion for Summary Judgment be denied, Defendant's Motion for Summary Judgment be granted, and this case be dismissed with prejudice. *See* Doc. 75. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Accordingly, it is **ORDERED** as follows:

(1) Plaintiff's Motion for Summary Judgment (Doc. 53) is **DENIED**.

(2) Defendant's Motion for Summary Judgment (Doc. 56) is **GRANTED.**

(3) This action is **DISMISSED with prejudice**. Final judgment pursuant to Fed. R. Civ. P. 58 will issue separately.

**DONE** and **ORDERED** this 5th day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE